## WHIPPLE v. WHIPPLE.

BELLOWS, J.   In divorce cases, reasonable notice of the taking of depositions is ordinarily such notice as is required by the rules in other cases, and such notice not having been given, the depositions in this case must be rejected.